# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| YALANDA RANDOLPH,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 3:21-cv-00021-TCB-RGV<br><br>**NOTICE OF SETTLEMENT** |

  NOTICE IS HEREBY GIVEN that Plaintiff Yalanda Randolph and Defendant Experian Information Solutions, Inc. ("Experian") have settled all claims between them. The parties are in the process of completing the final settlement documents and a Motion to Dismiss is expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

  RESPECTFULLY SUBMITTED this 23rd day of April 2021,

//

1

2

By: /s/*Jenna Dakroub*
Jenna Dakroub
Bar Number: 385021
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5513
Fax: (818) 600-5413
E: jenna@pricelawgroup.com
*Attorney for Plaintiff*
*Yalanda Randolph*

2